IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEANNE SIRI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-0036-M |
| | § | |
| THE CITY OF DALLAS, DALLAS CITY | § | |
| MANAGER MARY SUHM, | § | |
| INDIVIDUALLY, DALLAS ASSISTANT | § | |
| CITY MANAGER RYAN EVANS, | § | |
| INDIVIDUALLY, AND DALLAS FIRE- | § | |
| RESCUE CHIEF EDDIE BURNS, SR., | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF LEAD COUNSEL

**TO THE HONORABLE JUDGE BARBARA M.G. LYNN**

Amy E. Davis, lead counsel for Plaintiff Leanne Siri files this Motion to Withdraw and for Substitution of Lead Counsel and respectfully requests the Court grant her permission to withdraw as counsel for Ms. Siri and substitute Martin E. Rose, of Rose Walker, L.L.P., as lead counsel. Mr. Rose has previously appeared as counsel of record in this case. Upon the Court's granting of this Motion, Jody Rudman, of Rose Walker, L.L.P., who has also previously appeared, will continue her representation of Ms. Siri as second counsel in this case, and Tammy D. Wilbon, of Rose Walker, L.L.P., will continue her representation of Ms. Siri as third counsel in this case.

Ms. Davis is withdrawing as counsel of record for Ms. Siri because she has resigned from her position at Rose Walker, L.L.P. Ms. Siri has approved both Ms. Davis' withdrawal and Mr. Rose's substitution as lead counsel on this matter. This substitution is not being taken for purposes of delay.

*/s/ Martin E. Rose*
**MARTIN E. ROSE**
State Bar No. 17253100
**ROSE WALKER, L.L.P.**
3500 Maple Avenue
Suite 900
Dallas, Texas 75219
(214) 752-8600
(214) 752-8700 (fax)

**ATTORNEY FOR PLAINTIFF**

*/s/ Amy E. Davis*
**AMY E. DAVIS**
State Bar No. 24007083
**ROSE WALKER, L.L.P.**
3500 Maple Avenue
Suite 900
Dallas, Texas 75219
(214) 752-8600
(214) 752-8700 (fax)

**PRIOR LEAD COUNSEL FOR PLAINTIFF**

Respectfully submitted,

*/s/ Martin E. Rose*
Martin E. Rose
Texas Bar No. 17253100
Amy E. Davis
Texas Bar No. 24007083
Jody L. Rudman
Texas Bar No. 0097356
Tammy D. Wilbon
Texas Bar No. 24060828
**ROSE•WALKER, LLP**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
214.752.8600 (Main)
214.752.8700 (Facsimile)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on February 16, 2012, she conferred with counsel for Defendants, Jamil Alibhai, regarding this Motion and the relief requested herein. Mr. Alibhai stated that Defendants do not oppose this Motion.

*/s/ Tammy D. Wilbon*
Tammy D. Wilbon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was served on the following counsel of record via the Court's electronic filing system, on this 17th day of February, 2012:

Michael A. McCabe
Jamil Alibhai
MUNCK CARTER, LLP
12770 Coit Road, Suite 600
Dallas, Texas  75251

E. Leon Carter
CARTER STAFFORD ARNETT HAMADA
& MOCKLER, PLLC
8150 N. Central Expressway, Suite 900
Dallas, Texas 75206

*/s/ Tammy D. Wilbon*
Tammy D. Wilbon