IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEANNE SIRI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-0036-M-BD |
| | § | |
| THE CITY OF DALLAS, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING ORAL ARGUMENT

All pending motions for summary judgment are set for oral argument on **July 17, 2012** at **9:00 a.m.** before U.S. Magistrate Judge Jeff Kaplan, 1100 Commerce Street, 16th Floor, Dallas, Texas. Oral argument will be limited to 20 minutes for plaintiff and 20 minutes for all defendants, including any rebuttal. The magistrate judge intends to issue a bench ruling at the conclusion of the hearing.

SO ORDERED.

DATED: June 27, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE