IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEANNE SIRI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-0036-M-BD |
| | § | |
| THE CITY OF DALLAS, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on July 31, 2012, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. All of the objections are overruled except for those relating to the Plaintiff's claims of retaliation as to her termination. The Court denies both the Defendants' and the Plaintiff's Motions for Summary Judgment as to Plaintiff's retaliation claims relating to her termination, under the TCHRA, Title VII and Section 1983 (Monell), concluding that there are genuine issues of material fact on such claims. Otherwise, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Motions for Summary Judgment filed by the City of Dallas, City Manager Mary Suhm, Assistant City Manager Ryan Evans, and former Fire-Rescue Chief Eddie Burns are granted as to all claims except Plaintiff's claims of retaliation as to her termination. Plaintiff's Motion for Partial Summary Judgment is denied.

SO ORDERED this 26th day of September, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS