UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LEANNE SIRI,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-0036-M |
| **THE CITY OF DALLAS, DALLAS CITY MANAGER MARY SUHM, INDIVIDUALLY, DALLAS ASSISTANT CITY MANAGER RYAN EVANS, INDIVIDUALLY, AND DALLAS FIRE-RESCUE CHIEF EDDIE BURNS, SR., INDIVIDUALLY,** | § § § § § § § § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE BARBARA LYNN:

COME NOW, Defendant City of Dallas ("Defendant") and Plaintiff Leanne Siri ("Plaintiff") (together "the Parties") and file this joint Notice of Settlement and respectfully show the Court as follows:

Pursuant to the Court's Order Setting Trial and Pretrial Deadlines issued on November 11, 2012, the Parties met for a face-to-face settlement conference on April 24, 2013. The following attended on behalf of Defendant: Assistant City Manager Ryan Evans, Assistant City Attorneys Janice Moss, Ayeh Powers, and Jennifer Huggard, and Leon Carter of Carter Stafford Hamada & Mockler PLLC. The following attended on behalf of Plaintiff: Leanne Siri, Plaintiff's husband, Hollis Edwards, Martin Rose and Ross Cunningham of Rose Walker, LLP. The Parties, in good faith, engaged in settlement discussions but were unable to reach an

agreement at the conclusion of the conference. The Parties continued engaging in settlement discussions and subsequently were able to reach an agreement to settle this matter pending approval from the Dallas City Council.

Defendant's counsel will brief this matter in closed executive session on May 1, 2013, and the City Council will vote on an action item regarding the settlement on May 15, 2013, which is the next voting agenda day and the earliest possible date for the vote.

    Respectfully submitted,

    */s/ E. Leon Carter*
    E. Leon Carter
    Texas State Bar No. 03914300
    Email:  lcarter@carterstafford.com
    J. Robert Arnett II
    Texas State Bar No. 01332900
    Email:  barnett@carterstafford.com
    Courtney B. Perez
    Texas State Bar No. 24061135
    Email:  cperez@carterstafford.com
    CARTER STAFFORD ARNETT HAMADA
       & MOCKLER, PLLC
    8150 N. Central Expressway, Suite 1950
    Dallas, Texas  75206
    Telephone No. (214) 550-8188
    Telecopier No. (214) 550-8185

    Ayeh B. Powers
    Texas State Bar No. 24031848
    Email: ayeh.powers@dallascityhall.com
    Jennifer Cater Huggard
    Texas State Bar No. 00792998
    Email: jennifer.huggard@dallascityhall.com
    DALLAS CITY ATTORNEY'S OFFICE
    Dallas City Hall, 7BN
    1500 Marilla Street
    Dallas, Texas 75201
    (214) 670-3519 (Telephone)
    (214) 670-0622 (Facsimile)

    **COUNSEL FOR DEFENDANT**

        /s/ Martin E. Rose\
Martin E. Rose\
Texas State Bar No. 17253100\
Email: mrose@rosewalker.com\
**ROSE·WALKER, LLP**\
3500 Maple Avenue, Suite 900\
Dallas, Texas 75219\
(214) 752-8600 (Main Telephone)\
(214) 752-8700 (Facsimile)

**COUNSEL FOR PLAINTIFF**